

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Lorraine Lizzette Merjil, | § | No. 08-13-00351-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D04531) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **July 8, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Omar Carmona, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **July 8, 2014.**

IT IS SO ORDERED this 10th day of June, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.